**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ISAAC DEWAYNE RUSSELL,**  **PLAINTIFF**
**ADC # 132326**

**VS.**          **5:07CV00049-WRW-BD**

**ARKANSAS DEPARTMENT**
**OF CORRECTION,** *et al.*          **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Plaintiff's Complaint (docket entry #2) is DISMISSED with prejudice. The dismissal will count as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal taken from this order and judgment would be frivolous and not in good faith.

IT IS SO ORDERED this 19th day of July, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE